IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

VS.                              CASE NO. 4:14CR00008-BSM-9

RICHARD BABCOCK                                                                                   DEFENDANT

## ORDER MODIFYING CONDITIONS OF RELEASE

The Defendant appeared with counsel for a hearing on the Government's Motion to Revoke Pretrial Release (DE #192). The Court finds clear and convincing evidence that Defendant has violated the terms and conditions of his pretrial release. Rather than revoking Defendant's bond at this time, it is the Order of the Court that Defendant be released into an in-patient drug treatment facility followed by sixty days of chemical-free living. However, Defendant is detained until the necessary parameters are in place for his immediate admission into a drug-treatment facility.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 28th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE